| | |
|---|---|
| DILWORTH PAXSON LLP<br>JOHN J. HIGSON (*Pro Hac Vice*)<br>jhigson@dilworthlaw.com<br>EDWARD F. BEHM (*Pro Hac Vice*)<br>ebehm@dilworthlaw.com<br>THOMAS S. BIEMER (*Pro Hac Vice*)<br>tbiemer@dilworthlaw.com<br>MARK W. HALDERMAN (*Pro Hac Vice*)<br>mwhalderman@dilworthlaw.com<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102-2101<br><br>TIBERI LAW OFFICE<br>Todd J. Tiberi (State Bar No. 243967)<br>ttiberi@tiberilaw.com<br>1445 9th Street Suite 200<br>Santa Monica, CA 90401<br>Telephone: 917-573-2802<br>Facsimile: 805-347-7933<br><br>Attorneys for Plaintiff<br>INFINITY COMPUTER PRODUCTS, INC. | KILPATRICK TOWNSEND & STOCKTON LLP<br>A. JAMES ISBESTER (SBN 129820)<br>jisbester@kilpatricktownsend.com<br>DARIUS C. SAMEROTTE<br>dsamerotte@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300<br><br>JORDAN TRENT JONES (SBN 166600)<br>jtjones@kilpatricktownsend.com<br>NORRIS P. BOOTHE (SBN 307702)<br>nboothe@kilpatricktownsend.com<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650 326 2400<br>Facsimile: 650 326 2422<br><br>Attorneys for Defendant<br>EPSON AMERICA, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>EPSON AMERICA, INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-02532-RGK-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Date: April 26, 2018<br>Judge: Hon. R. Gary Klausner |

Pursuant to stipulation, and for good cause shown, the parties' Proposed Stipulated Protective Order, filed as Docket No. 108, is **SO ORDERED**.

Dated: May 21, 2018

_____
Honorable Rozella A. Oliver
United States Magistrate Judge