1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | Civil Action No. 2:18-cv-02532-RGK-RAO |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO DISMISS *WITH PREJUDICE*** |
| v. | |
| EPSON AMERICA, INC., | Judge: Hon. R. Gary Klausner |
| Defendant. | |



[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS *WITH PREJUDICE*  - 1 -
CASE NO. 2:18-CV-02532-RGK-RAO

1  The Court has received the stipulation of Plaintiff Infinity Computer Products, Inc.'s ("Infinity") and Defendant Epson America, Inc. ("Epson") to amend the case dismissal to be *with prejudice*. Good cause appearing, the stipulation is GRANTED.  Accordingly, it is hereby ORDERED that dismissal of all claims for relief asserted by Infinity against Epson and by Epson against Infinity herein are dismissed *with prejudice*, and each party shall bear its own costs and attorneys' fees incurred in this action.

The Court maintains jurisdiction to enforce the settlement agreement between the parties settling this action.

**IT IS SO ORDERED**.

Dated: June 7, 2019

Honorable R. Gary Klausner
United States District Judge



71982617V.1